IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY GAMACHE,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION
and FEDERAL COMMUNICATIONS
COMMISSION,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-181-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of jurisdiction.

_____
Peter Oppeneer, Clerk of Court

7/6/11
Date